UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EGLON BASCOM,　　　　　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10-CV- 2350 (ARR)
　　　　　　　　　　　　　Plaintiff,

　　-against-

THE BROOKDALE HOSPITAL,

　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　　　A Memorandum and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 15, 2010, denying plaintiff's request for a temporary restraining order and preliminary injunction filed on June 8, 2010, June 9, 2010, and June 11, 2010; dismissing plaintiff's compliant as malicious and for failure to state a claim on which relief may be granted; warning plaintiff that the Court will tolerate such repeated litigation; ordering that the Court may enter an Order barring the acceptance of any future *in forma pauperis* complaints for filling without first obtaining leave of the Court to do so; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

　　　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's request for a temporary restraining order and preliminary injunction filed on June 8, 2010, June 9, 2010, and June 11, 2010 are hereby denied; that plaintiff's complaint is dismissed as malicious and for failure to state a claim on which relief may be granted; that the Court must warn plaintiff that it will not tolerate such repeated litigation; that the Court may enter an Order barring the acceptance of any future *in forma pauperis* complaints for filing without first obtaining leave of the Court to do so; and that it is further,

JUDGMENT
10-CV- 2350 (ARR)

ORDERED and ADJUDGED that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       June 16, 2010

/S/
ROBERT C. HEINEMANN
Clerk of Court